

# NUMBER 13-21-00410-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF G.L. A/K/A A.L. A/K/A A.L.G.L., A CHILD

### On appeal from the County Court at Law
### of Aransas County, Texas.

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

This is an appeal of a final order terminating parental rights. The brief of appellant J.G.L. was filed on December 27, 2021. The brief of appellee, the Texas Department of Family and Protective Services, is due on January 18, 2022. *See* TEX. R. APP. P. 38.6(b). Appellee has filed a motion for extension of time seeking twenty additional days to file the brief.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals, but they also include additional

expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases. *See* TEX. R. APP. P. 38.6(d).

We grant in part and deny in part appellee's motion for extension of time in part and ORDER appellee's brief to be filed on or before 5:00 p.m. on Friday, January 28, 2022. No further extensions of time will be granted absent truly extraordinary circumstances.

PER CURIAM

Delivered and filed on the
18th day of January, 2022.

2